UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KELLY LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 4:19-cv-02917 SRC |
| v. ) | |
| ) | |
| SAINT LOUIS COUNTY, ) | |
| MISSOURI, et al., ) | |
| ) | |
| Defendant. ) | |

## MEDICAL AFFIDAVIT CONCERNING
## THIRD PARTY DEFENDANT DEFENDANT NEAL M. MANGALAT, M.D

COMES NOW, Gregory D. DeBeer, Counsel for Defendants / Third Party Plaintiff Gail Murphy, and states pursuant to Missouri Revised Statutes §538.225 as follows:

1. The affiant is a duly licensed attorney in the State of Missouri and has been retained to represent Defendants / Third Party Plaintiff Gail Murphy in the above styled matter.

2. That the affiant has obtained a written opinion from a medical physician that Third Party Defendant Neal M. Mangalat, M.D. failed to use such care while treating decedent on or about February 23, 2019, that a reasonably prudent and careful health care provider would have under similar circumstances and that such failure to use such reasonable care directly caused or directly contributed to cause the damages claimed in the First Amended Complaint.

3. That the aforesaid consulting health care provider is Steven M. Bird, M.D., an emergency physician licensed to practice medicine in Massachusetts. Dr. Bird is actively practicing substantially the same specialty as Third Party Defendant. Dr. Bird's address is:

> Department of Emergency Medicine
> University of Massachusetts Medical School
> 55 Lake Avenue North – LA-167
> Worcester, MA 01655

1

See attached curriculum vitae, incorporated herein.

4. Additionally, Plaintiff's retained expert Greg Skipper, M.D. stated in his previously produced report that "[i]t is my opinion that to a reasonable degree of medical certainty that St. Mary's Hospital and staff were negligent in failing to appropriately care for Mr. Shy. The failure of the medical team to take timely and appropriate action, was a direct cause of his death." Emergency Room and its staff. *See* Dr. Skipper's Report and curriculum vitae.

Respectfully submitted,

WIEDNER & McAULIFFE, LTD.

Gregory D. DeBeer, #62129
101 South Hanley, Suite 1450
St. Louis, Missouri 63105
(314) 721-3400 – telephone
(314) 725-5755 – fax
gddebeer@wmlaw.com

Subscribed and sworn to before this 3rd day of February, 2021.

MARY ROBENOLT
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: August 12, 2024
Commission Number: 16812451

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 3, 2021, a copy of the foregoing was served on all parties electronically via this Court's Electronic Filing System.

/s/ Gregory D. DeBeer